UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ENRIQUE ALVEAR,**

        **Plaintiff,**

v.                                    Case No.  6:25-cv-308-CEM-NWH

**BORN UNITED LLC,**

        **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on the Stipulation of Dismissal with prejudice (Doc. 20). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Clerk of Court is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on June 13, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record